# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of the Search of | : | Mag. No. 18-5528 (KMW) |
| Residence at 1033 West Browning Avenue, | : | |
| Bellmawr, New Jersey | : | UNSEALING ORDER |

This matter having come before the Court upon the application of the United States of America, by Craig Carpenito, United States Attorney (Diana Vondra Carrig and Christina O. Hud, Assistant United States Attorneys, appearing) for an order unsealing the affidavit, application in support of the search warrant, the resulting search warrant, and all related documents filed in the above-captioned matter, and good cause having been shown,

IT IS on this 2nd day of August, 2018,

ORDERED that all papers related to the above-captioned matter, including the application, affidavit, and search warrant are hereby unsealed.

HONORABLE KAREN M. WILLIAMS
United States Magistrate Judge